UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DENNIS G. BAILEY, ET AL. | § § | |
| vs. | § § | CASE NO. 2:09-CV-166-TJW-CE |
| WILLIAM "BILL" BUCK, ET AL. | § | |

### ORDER

The above-titled and numbered civil action was referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge (Dkt. No. 61), which contains his recommendation, has been presented for consideration. No objections were filed to the Report and Recommendation. The court is of the opinion that the conclusions of the Magistrate Judge are correct. Therefore, the court hereby adopts the report of the United States Magistrate Judge as the conclusions of this court. Accordingly, the plaintiff's motion for entry of default judgment (Dkt. No. 26) is DENIED.

SIGNED this 10th day of February, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE