**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| DENNIS G. BAILEY, ET AL. | § § | |
| vs. | § § | CASE NO. 2:09-CV-166-TJW-CE |
| WILLIAM "BILL" BUCK, ET AL. | § | |

## ORDER

The above-titled and numbered civil action was referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge (Dkt. No. 64), which contains his recommendation, has been presented for consideration. No objections were filed to the Report and Recommendation. The court is of the opinion that the conclusions of the Magistrate Judge are correct. Therefore, the court hereby adopts the report of the United States Magistrate Judge as the conclusions of this court. Accordingly, the defendants' Harco Exploration LLC's and John L. Harvey's motion to dismiss for lack of personal jurisdiction (Dkt. No. 19) is DENIED.

SIGNED this 10th day of February, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE